UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. 3:CR-17-298 |
| v. | : |
| | :(JUDGE MARIANI) |
| CHRISTIAN MADERA, | : |
| | : |

### ORDER

**AND NOW, THIS** _____ **DAY OF JUNE 2019**, upon consideration of Defendant's pretrial motions (Docs. 240, 243, 246, 249, 252, 254, 257, 260, and 262), the briefs in support of the motions (Docs. 242, 245, 248, 251, 256, 259, and 264), the Government's response thereto (Doc. 278), and all other relevant documents, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Disclosure Pursuant to Federal Rule of Evidence 807 (Doc. 240) is **DENIED WITHOUT PREJUDICE**;

2. The Motion Pursuant to Rules 404(b) and 609 for Disclosure (Doc. 243) is **DENIED WITHOUT PREJUDICE**;

3. The Motion for Severance (Doc. 2 246) is **DENIED**;

4. The Motion for Starks Hearing to Preclude Use of Audio Recordings at Trial (Doc. 249) is **DENIED**;

5. The Motion for Rule 16(a)(1)(G) Disclosure (Doc. 252) is **DENIED WITHOUT PREJUDICE**;

6. The Motion for Hearing on Admissibility of Statements of Alleged Co-Conspirators (Doc. 254) is **DENIED**;

7. The Motion to Produce Memorializing of Government Interviews (Doc. 257) is **DENIED WITHOUT PREJUDICE**;

8. The Motion for Pretrial Disclosure of Evidentiary Information (Doc. 260) is **DENIED WITHOUT PREJUDICE**; and

9. The Motion for Early Disclosure of Statements Pursuant to the Jencks Act and Federal Rules of Criminal Procedure (Doc. 262) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge